UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
BRENDA BOUGHTER, : CASE NO. 1:16-CV-733
:
        Plaintiff, :
:
   vs. : OPINION & ORDER
: [Resolving Doc. 1]
CAROLYN W. COLVIN, :
Acting Commissioner of Social Security :
:
        Defendant. :
:
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On July 24, 2012, Plaintiff Brenda Boughter applied for Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act.[1] After her application was denied, Boughter requested that an Administrative Law Judge (ALJ) evaluate her application.[2]

On August 12, 2014, the ALJ determined that Plaintiff Boughter was not disabled within the meanings of the Social Security Act.[3] The Appeals Council denied Boughter's request for review.[4]

On March 24, 2016, Plaintiff Boughter filed this complaint for wrongful denial of disability insurance benefits.[5] Consistent with Local Rule 72.2, the Court referred the matter to Magistrate Judge Jonathan D. Greenberg. On December 12, 2016, Magistrate Judge Greenberg issued a Report and Recommendation, finding the ALJ's determination was not supported by

---

[1] Doc. 9 at 23; *see* 42 U.S.C. §§ 416(i), 423 *et seq.*
[2] *Id.* at 114-22.
[3] *Id.* at 23-35.
[4] *Id.* at 1-6.
[5] Doc. 1.

Case No. 1:16-CV-733
Gwin, J.

substantial evidence and recommending that this Court vacate the Commissioner's denial of disability benefits and remand the case back to the ALJ for further proceedings.[6]

Specifically, Magistrate Judge Greenberg found that the ALJ failed to set forth "good reasons" for discounting the opinion of Boughter's treating physician in favor of opinions from non-treating physicians.[7] On December 27, 2016, the Social Security Commissioner filed notice that the Social Security Commissioner would not object to Magistrate Judge Greenberg's report and recommendation.

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection.[8] The Commissioner of Social Security declined to file any objections in this case.[9]

Absent objection, a district court may adopt the magistrate judge's report without review.[10] Moreover, having conducted its own review of the parties' briefs in this case, the Court agrees with the conclusions of Magistrate Judge Greenberg.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Greenberg's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court thus **VACATES** the Commissioner's denial of benefits and **REMANDS** this case to the Administrative Law Judge for further proceedings.

IT IS SO ORDERED.

Dated: January 10, 2017                                    *s/        James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE

---

[6] Doc. 16.
[7] *Id.* at 33-41.
[8] 28 U.S.C. § 636(b)(1)(C).
[9] Doc. 17.
[10] *Thomas v. Arn*, 474 U.S. 140, 149 (1985).